# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No:   07-50165 |
| CHARLES A NORMAN | | |
| 240 SCOTT RD | : | CHAPTER 13 |
| CHILLICOTHE, OH  45601 | | |
| | : | Judge:   C KATHRYN PRESTON |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  February 28, 2011                        /s/ Frank M. Pees
                                                                Frank M. Pees
                                                                Chapter 13 Trustee

**Name and Address**                                                                     **Amount**

CHARLES A NORMAN                                                                      3.63
240 SCOTT RD
CHILLICOTHE, OH  45601